**BRYAN CAVE LLP**
HOWARD O. BOLTZ, JR. (State Bar No. 70212)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2233
Facsimile: (310) 576-2200

\*\*E-filed 8/1/05\*\*

Attorneys for Plaintiff
Citigroup Global Markets, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CARTER D. CRUM, an individual,<br><br>Defendant. | Case No. C05-00650 JF (EAI)<br><br>**STIPULATION TO ADR PROCESS** |

1 | The parties hereto have submitted this matter to the National
2 | Association of Securities Dealers.

Dated: July 22, 2005

**BRYAN CAVE LLP**
Howard O. Boltz, Jr.


By: ___/s/_____
     Howard O. Boltz, Jr.
Attorneys for Plaintiff
Citigroup Global Markets, Inc.

Dated: July 22, 2005

**THE LOUDERBACK LAW FIRM**
Charles M. Louderback


By: ___/s/_____
     Charles M. Louderback
Attorneys for Defendant
Carter D. Crum

7/29/05        IT IS SO ORDERED.

JUDGE JEREMY FOGEL /s/electronic signature authorized
UNITED STATES DISTRCT COURT

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386