**United States District Court**
For the Northern District of California

***E-FILED ON 8/26/05***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS, INC., | No. C05-00650 JF (HRL) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE** |
| v. | |
| CARTER D. CRUM, | **[Re: Docket No. 45]** |
| Defendant. | |

Counsel for plaintiff Citigroup Global Markets, Inc. moves for leave to appear by telephone at the motion hearing on defendant's "Motion to Compel Depositions and Production of Documents," currently set for August 30, 2005, 3:00 p.m. in Courtroom 2. Having considered the moving papers, and good cause appearing, IT IS ORDERED THAT plaintiff's request for telephonic appearance is GRANTED.

Dated: August 26, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:05-cv-650 Notice will be electronically mailed to:

2  Howard O. Boltz , Jr    hoboltz@bryancave.com,

3  Charles M. Louderback     akay@louderback.org,
jschreibstein@louderback.org;ehoffman@louderback.org;jhudson@louderback.org;mlopez@louderback.org;malarcon@louderback.org;bfrankson@louderback.org

4  

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2